```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 15093
   CORY D BRADFORD
   JADA D BRADFORD                             CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5206      SSN XXX-XX-3992

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/20/2007 and was confirmed 10/04/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  52.00%.

      The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED          696.39           .00           .00
COMMONWEALTH EDISON       UNSECURED          591.24           .00           .00
CUBSA INC                 UNSECURED           74.80           .00           .00
APPLIED CARD BANK         UNSECURED       NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          441.54           .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED           .00           .00
CB USA                    UNSECURED       NOT FILED           .00           .00
CITICORP CREDIT SERVICES  UNSECURED       NOT FILED           .00           .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR  UNSECURED       NOT FILED           .00           .00
FINANCIAL ASSET MANAGEME  UNSECURED       NOT FILED           .00           .00
PREMIER BANKCARD          UNSECURED          385.31           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         2266.99           .00           .00
II DESIGNATED             UNSECURED       NOT FILED           .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED           .00           .00
ILLINOIS TITLE LOANS      SECURED VEHIC    2800.00         211.33         392.95
ECONOMY FURNITURE         UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          908.40           .00           .00
MUTL H CLCTN              UNSECURED       NOT FILED           .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED          194.24           .00           .00
ISAC                      UNSECURED         1454.79           .00           .00
SALLIE MAE INC            UNSECURED         4422.44           .00           .00
TORRES CREDIT SVC         UNSECURED       NOT FILED           .00           .00
TRIAD FINANCIAL CORP      SECURED VEHIC   23369.00        1763.76        3279.45
US DEPT OF EDUCATION      UNSECURED          201.52           .00           .00
ACCOUNTS RECOVERY BUREAU  UNSECURED         1299.40           .00           .00
CUBSA INC                 UNSECURED       NOT FILED           .00           .00
CITICORP CREDIT SERVICES  UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00           .00
II DESIGNATED             UNSECURED       NOT FILED           .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15093 CORY D BRADFORD & JADA D BRADFORD
```

```
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED             .00           .00
SALLIE MAE INC            UNSECURED         4238.88             .00           .00
SALLIE MAE INC            UNSECURED         3500.00             .00           .00
SALLIE MAE INC            UNSECURED         2625.00             .00           .00
ECONOMY FURNITURE         SECURED NOT I     942.99              .00           .00
TRIAD FINANCIAL CORP      UNSECURED          608.97             .00           .00
SALLIE MAE SERVICING COR  UNSECURED         5966.25             .00           .00
ILLINOIS TITLE LOANS      UNSECURED          975.32             .00           .00
SECOND START              DEBTOR ATTY     3,290.00                       1,279.27
TOM VAUGHN                TRUSTEE                                          545.18
DEBTOR REFUND             REFUND                                              .00


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,471.94

PRIORITY                                              .00
SECURED                                          3,672.40
    INTEREST                                     1,975.09
UNSECURED                                             .00
ADMINISTRATIVE                                   1,279.27
TRUSTEE COMPENSATION                               545.18
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                   7,471.94                7,471.94
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 15093 CORY D BRADFORD & JADA D BRADFORD